THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals    

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Jonathan Lee
 Morgan,        Appellant.
 
 
 

Appeal From Darlington County
John M. Milling, Circuit Court Judge

Unpublished Opinion No.
2005-UP-475
Submitted August 1, 2005 -  Filed August 8, 2005   

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph
 L. Savitz III, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Donald J. Zelenka, of Columbia; and
 Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Jonathan
Lee Morgan appeals his guilty plea to voluntary manslaughter, destruction of
human remains, and possession of a firearm during the commission of a violent
crime.  Morgan argues the trial judge rendered Morgans guilty plea
conditional by advising him he had a right to appeal within ten days of
sentencing.  After a thorough review of the record and counsels brief
pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Morgans appeal
and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HUFF and WILLIAMS, JJ., and
CURETON, A.J. concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.